IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv100 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER L. MEISNER, et al. | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 18 be stricken from the record for the following reason(s):

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 18 from the record.

DATED this 15th day of June, 2005.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge