IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JENNIFER L. MEISNER, SCOTTS BLUFF )<br>COUNTY, NEBRASKA, FIRST NATIONAL )<br>BANK, FEDERAL NATIONAL MORTGAGE )<br>ASSOCIATION and NEBRASKA )<br>DEPARTMENT OF REVENUE, )<br>)<br>Defendants. ) | 8:05CV100<br><br><br><br><br>ORDER |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by July 11, 2005, file their Report of Parties' Planning Conference.

DATED  June 22, 2005

/s/ David L. Piester
United States Magistrate Judge