```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                 Plaintiff,     )         8:05CV100
                                )
         v.                     )
                                )
JENNIFER L. MEISNER, SCOTTS     )            ORDER
BLUFF COUNTY, STATE OF          )
NEBRASKA, FIRST NATIONAL        )
BANK, FEDERAL NATIONAL          )
MORTGAGE ASSOCIATION, and       )
NEBRASKA DEPARTMENT OF          )
REVENUE,                        )
                                )
                 Defendants.    )
                                )
```

On the court's own motion,

IT IS ORDERED:

The Rule 26 telephone planning conference that was set for November 21 is rescheduled to November 28, 2005 at 10:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 20th day of September, 2005.

                           BY THE COURT:

                           s/ *David L. Piester*
                           David L. Piester
                           United States Magistrate Judge