```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,         ) | | |
|                                   ) | | |
|         Plaintiff,                ) | | 8:05CV100 |
|                                   ) | | |
|    v.                             ) | | |
|                                   ) | | |
| JENNIFER L. MEISNER, SCOTTS       ) | | ORDER |
| BLUFF COUNTY, STATE OF            ) | | |
| NEBRASKA, FIRST NATIONAL          ) | | |
| BANK, FEDERAL NATIONAL            ) | | |
| MORTGAGE ASSOCIATION and          ) | | |
| NEBRASKA DEPARTMENT OF            ) | | |
| REVENUE,                          ) | | |
|                                   ) | | |
|         Defendants.               ) | | |
|                                   ) | | |

IT IS ORDERED:

The joint motion of the parties, filing 38, is granted, and

1. Non-jury trial is continued to 9:00 a.m., June 12, 2006, for a duration of two trial days before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. The pretrial conference will be held May 26, 2006 at 9:00 a.m. before the undersigned magistrate judge.

3. The deposition deadline is continued to May 12, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 19th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge