```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV100 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER L. MEISNER, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The joint motion of plaintiff and defendant Meisner to amend progression order, filing 40, is granted as follows:

1. The deposition deadline is extended to July 14, 2006.

2. The pretrial conference is continued to July 31, 2006 at 11:00 a.m. in the chambers of the undersigned.

3. Non-jury trial is continued to August 14, 2006 at 9:00 a.m. for a duration of two days before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 19th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge