```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV100 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER L. MEISNER, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The joint motion of plaintiff and defendant Meisner to amend progression order, filing 42, is granted as follows:

1. The deposition deadline is extended to September 12, 2006.

2. The pretrial conference is continued to September 26, 2006 at 9:00 a.m. in the chambers of the undersigned.

3. Non-jury trial is continued to October 23, 2006 at 9:00 a.m. for a duration of two days before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 8th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge