IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV100 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER L. MEISNER, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The joint motion of plaintiff and defendant Meisner to amend progression order, filing 44, is granted in part as follows:

1. The deposition deadline is extended to November 29, 2006.

2. The pretrial conference is continued to December 14, 2006 at 11:00 a.m. in the chambers of the undersigned.

3. Non-jury trial is continued to January 23, 2007 at 9:00 a.m. for a duration of two days before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

4. No further extensions will be permitted.

DATED this 20th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge