## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  8:05cv100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JENNIFER L. MEISNER; SCOTTS BLUFF COUNTY, NEBRASKA; STATE OF NEBRASKA, NEBRASKA DEPARTMENT OF REVENUE; FIRST NATIONAL BANK; and FEDERAL NATIONAL MORTGAGE ASS'N, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The Motion to File Amended Answer by Defendant Scotts Bluff County, Nebraska and Consent (Filing No. 50) is hereby approved.

The Amended Answer of Defendant Scotts Bluff County, Nebraska (Filing No. 51) is deemed filed with leave of the court as of the date of this order.

DATED:   November 13, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge