IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV100 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER L. MEISNER, SCOTTS BLUFF COUNTY, STATE OF NEBRASKA, FIRST NATIONAL BANK, FEDERAL NATIONAL MORTGAGE ASSOCIATION, and NEBRASKA DEPARTMENT OF REVENUE, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Defendant's unopposed motion to extend the deadline for filing a response to plaintiff's motion for partial summary judgment, filing 53, is granted. Defendant's response shall be filed on or before December 11, 2006.

DATED this 17th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge