```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV100 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER L. MEISNER, et al., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Defendant has moved for a continuance of trial and extension of the deposition deadline.  Plaintiff has opposed the motion with arguments to the effect that the desired depositions should not be permitted because the witnesses have no relevant information about the case.  That argument should be made in a motion to quash, if indeed defendant does serve the subpoenas.  It is true that the court has granted a number of joint motions for extensions of time in this case, and that my last such order stated that no further extensions should be permitted.  The equities set forth in the motion to continue, however, tip in favor of a brief continuance.

    IT THEREFORE HEREBY IS ORDERED,

    1.  Non-jury trial is continued from January 23 to March 7, 2007 at 9:00 a.m. for a duration of two days before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

    2.  The pretrial conference is continued from December 14 to January 23, 2007 at 10:00 a.m. in the chambers of the undersigned.

3.  The deposition deadline is extended to January 9, 2007.

4.  All other deadlines shall remain as previously set.

DATED this 5th day of December, 2006.

                          BY THE COURT:

                          s/ *David L. Piester*
                          David L. Piester
                          United States Magistrate Judge