```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )        8:05CV100
                               )
     v.                        )
                               )
JENNIFER L. MEISNER, SCOTTS    )        MEMORANDUM AND ORDER
BLUFF COUNTY, Nebraska, STATE  )
OF NEBRASKA, Nebraska          )
Department Of Revenue, FIRST   )
NATIONAL BANK, FEDERAL         )
NATIONAL MORTGAGE              )
ASSOCIATION, and NEBRASKA      )
DEPARTMENT OF REVENUE,         )
                               )
           Defendants.         )
                               )
```

On December 21, 2006 the government filed a motion to quash the subpoenas served by the plaintiffs to depose the following Internal Revenue Service officers and employees:

1. Kathy S. Jewett
   Senior Associate Advocate (Case Advocate)

2. Mary S. Hickey
   Supervisory Associate Advocate

3. Robert L. Amick
   Appeals Officer

4. Christopher Nebel
   Technical Specialist

5. Thomas B. Moore
   Revenue Officer (Collections Analyst)

6. William House
   Revenue Officer

7. Orlin M. Kompelien
   Territory Manager

See filing 68.

The motion to quash was fully submitted for court ruling on January 3, 2007.  Accordingly, the parties re-scheduled the depositions from January 2-4, 2007 to January 10-12, 2007 to afford the court an opportunity to first rule on the motion to quash.  However, both parties have offered substantial evidence on the motion, and the court has not had an adequate opportunity to review this evidence and render a ruling.

IT THEREFORE HEREBY IS ORDERED:  The depositions of Kathy S. Jewett, Mary S. Hickey, Robert L. Amick, Christopher Nebel, Thomas B. Moore, William House, and Orlin M. Kompelien are stayed until further order of this court on the motion to quash.

DATED this 8th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge