IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JENNIFER L. MEISNER, SCOTTS )<br>BLUFF COUNTY, Nebraska, STATE )<br>OF NEBRASKA, Nebraska )<br>Department Of Revenue, FIRST )<br>NATIONAL BANK, FEDERAL )<br>NATIONAL MORTGAGE )<br>ASSOCIATION, and NEBRASKA )<br>DEPARTMENT OF REVENUE, )<br>)<br>Defendants. )<br>)  | 8:05CV100<br><br><br><br>AMENDED ORDER |

IT IS ORDERED:

The pretrial conference, previously scheduled for February 23, 2007, (see filing 78), will be held on February 22, 2007 at 10:00 a.m.

DATED this 24th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge