```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV100 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER L. MEISNER, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Defendant Meisner's unopposed motion to reschedule pretrial conference, filing 80, is granted and the pretrial conference is rescheduled from February 22 to February 15, 2007 at 10:30 a.m. in the chambers of the undersigned, 566 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 29th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge