```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV100 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER L. MEISNER, SCOTTS | ) | ORDER |
| BLUFF COUNTY, Nebraska, STATE | ) | |
| OF NEBRASKA, Nebraska | ) | |
| Department Of Revenue, FIRST | ) | |
| NATIONAL BANK, FEDERAL | ) | |
| NATIONAL MORTGAGE | ) | |
| ASSOCIATION, and NEBRASKA | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant Meisner's counsel has orally requested an extension of time, until March 5, 2007, to respond to the plaintiff's motion for summary judgment (filing 86). NECivR 56.1(b)(2) states, "An opposing brief may be filed no later than twenty (20) calendar days after service of the motion and supporting brief." NECivR 6.1(b) says, "The three-day mailing rule prescribed by Federal Rule of Civil Procedure 6(e) applies whether service is accomplished by mail, by leaving with the clerk, by electronic filing, or by other means to which the parties have consented." The motion was filed February 8, 2007. Twenty calendar days later is February 28. Three additional days brings the response due date to March 3. March 3 is a Saturday, so according to Fed. R. Civ. P. 6(a), the response day is March 5.

   IT THEREFORE HEREBY IS ORDERED,

   Defendant Meisner's oral motion for additional time to respond to the motion for summary judgment is denied.

DATED this 13th day of February, 2007.

                        BY THE COURT:

                        s/ *David L. Piester*
                        David L. Piester
                        United States Magistrate Judge