IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:05-CV-100-DLP |
| | ) | |
| JENNIFER L. MEISNER, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

  Plaintiff has filed a Motion to Confirm Sale (filing #101).

  IT IS HEREBY ORDERED that any person wishing to object to confirmation of the Internal Revenue Service sale conducted herein shall, not later than October 15, 2007, file with the Clerk and serve upon the parties to this action a written objection to confirmation of sale setting forth the basis for said objection.

  IT IS FURTHER ORDERED that, in the event that no objection to confirmation of sale is filed by the date specified above, plaintiff's Motion to Confirm Sale shall be considered without hearing.

  IT IS FURTHER ORDERED that, in the event that an objection to confirmation of sale is filed by the date specified above, all issues raised by said objection will be heard before the Court at 11:00 a.m. on October 25, 2007, in Courtroom 2, 100 Centennial Mall North, Lincoln, Nebraska.

2702326.1

IT IS FURTHER ORDERED that the Clerk shall send an e-notice of the electronic filing of this Order to the following parties:

> Patti M. Richards, Esquire
> Attorney for defendant Jennifer L. Meisner
> prichards@richardslawfirm.com
>
> E. Martin Davidoff
> Attorney for defendant Jennifer L. Meisner
> EMD@taxattorneycpa.com
>
> Amber L. Coulter, Esquire
> Attorney for defendant State of Nebraska
> Amber.Coulter@rev.ne.gov
>
> Richard A. Douglas, Esquire
> Attorney for defendant Scottsbluff County
> ddouglas@scottsblufflaw.com
>
> Robert D. Metcalfe, Esquire
> Attorney for plaintiff United States of America
> Robert.D.Metcalfe@usdoj.gov

Dated this 14th day of September, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge

2702326.1