IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:05-CV-100-DLP |
| ) | |
| JENNIFER L. MEISNER, et al., ) | **AGREED ORDER OF DISTRIBUTION** |
| ) | |
| Defendants. ) | |
| ) | |

The parties have consented to the entry of this Agreed Order of Distribution with respect to the proceeds from the sale of the real property that is the subject of this civil action.

The Court therefore finds:

1. The foreclosure sale of the real property owned by the defendant taxpayer, Jennifer Meisner, was held on August 2, 2007. The subject real property sold for the amount of $187,000.00, which has been paid into the registry of the Court.

2. The Order Confirming Sale (filing #105) was entered on October 19, 2007.

3. The Clerk of the Court is directed to distribute the sales proceeds of $187,000.00 as follows:

> First: $651.00 to the payment of the costs of the PALS for execution of the Order of Sale.  The check shall be made payable to the Internal Revenue Service and delivered by first-class mail to Steve Hopkins,

Property Appraisal & Liquidation Specialist, 1720 South Southeastern Avenue, Sioux Falls, SD 57103;

Second:  $67,506.29 to the Nebraska Department of Revenue for payment of state tax liens for 1987, 1989, 1990, 1992 and part of 1994.  The check shall be made payable to the Nebraska Department of Revenue and delivered by first-class mail to Leah Noble at P.O. Box 1500, Scotts Bluff, NE 69363; and

Third:  $118,842.71 to the United States to be applied to the unpaid federal income tax liabilities of Jennifer Meisner for the taxable years ending on December 31, 1992 and December 31, 1994.  The check shall be made payable to the United States Treasury and delivered by first-class mail to Robert D. Metcalfe, Trial Attorney, United States Department of Justice, Tax Division, P.O. Box 7238, Ben Franklin Station, Washington, D.C. 20044.

IT IS SO ORDERED THIS 4th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
DAVID L. PIESTER
UNITED STATES MAGISTRATE JUDGE

-2-

Prepared and submitted by:

JOE W. STRECHER
United States Attorney


/s/Robert D. Metcalfe
ROBERT D. METCALFE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
Telephone: (202) 307-6525
Attorney for Plaintiff



Seen and agreed to:



/s/ E. Martin Davidoff
E. MARTIN DAVIDOFF
P.O. Box 835
Dayton, New Jersey 08810
Telephone: (732) 274-1600
Attorney for Defendant,
Jennifer L. Meisner




/s/ Amber L. Coulter
AMBER L. COULTER
Nebraska Department of Revenue
P.O. Box 94818
Lincoln, NE 68509
Telephone: (402) 471-5926
Attorney for Defendant,
State of Nebraska